# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 10, 2019

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 17-2040

| | |
|---|---|
| JOHN DOE,<br> *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:15-cv-11168 |
| KEVIN K. MCALEENAN,<br>Acting Secretary of Homeland Security, et al.,<br> *Defendants-Appellees*. | John Z. Lee, *Judge*. |

## O R D E R

On consideration of the letter of the Government requesting correction of the opinion in this appeal issued on July 3, 2019, the opinion is amended on page 3 by replacing "and up to $3,000,000 for a new commercial enterprise located in an area with an unemployment rate significantly below the national average" with "and $1,000,000 for a new commercial enterprise located in any other area."